THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:19-CR-57-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JESSICA DENISE PATE, ) | |
| ) | |
| Defendant. ) | |

Jessica Denise Pate ("Pate" or "defendant") moved to extend time to self report [D.E. 114]. On August 10, 2021, Pate was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Jessica Denise Pate") (last visited February 9, 2022). In light of defendant's release, the motion [D.E. 114] is DENIED AS MOOT.

SO ORDERED. This 9 day of February, 2022.

JAMES C. DEVER III
United States District Judge